1  STEVEN G. KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant Pullen
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. CR-12-00829 CW
                                      )
12 |              Plaintiff,           )   STIPULATION AND [~~PROPOSED~~]
                                      )   ORDER RE: PROPERTY POSTING
13 | vs.                               )
                                      )
14 | LAURENCE PULLEN,                  )
                                      )
15 |              Defendant.           )
   |_____)
16

17
          On December 13, 2012 this Court ordered Laurence Pullen released from custody on
18
   conditions including a $75,000 bond secured by the signatures of three sureties and a home
19
   owned by Robert and Yolanda Cronin. Defense counsel estimated at the hearing that performing
20
   the necessary paperwork for the property posting could be completed by December 27, 2012.
21
          As it turns out, completing these tasks is taking longer than expected because of the
22
   holidays. Accordingly, the defense asks that the deadline for completing all paperwork for the
23
   property posting be extended to January 9, 2013. Each surety has already signed the $75,000
24
   //
25
   //
26

bond. Counsel for the government has no objection to this request.

December 26, 2012

/s/
NED SMOCK
Assistant Federal Public Defender
Counsel for Laurence Pullen

December 26, 2012

/s/
RODNEY VILLAZOR
Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS that the deadline for posting of the property owned by Robert and Yolanda Cronin is extended to January 9, 2013.

IT IS SO ORDERED.

December 27, 2012
Date

*[signed] Kandis Westmore*
HON. KANDIS WESTMORE
United States Magistrate Judge